**PROB 12A**
**(10/24)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Nasir Brown

Cr.: 20-00120-001
PACTS #: 6300003

Name of Sentencing Judicial Officer: THE HONORABLE ROBERT B. KUGLER
SENIOR UNITED STATES DISTRICT JUDGE
(Case reassigned to the Hon. Edward S. Kiel on April 8, 2025)

Date of Original Sentence: 02/01/2021

Original Offense: Count One: Conspiracy To Distribute 100 Grams or More of Heroin, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1), a Class B Felony

Original Sentence: 60 months imprisonment, 5 years supervised release

Violation Sentence: Time Served; 2 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Gang/Criminal Associations Prohibition, Motor Vehicle Compliance, Life Skills Counseling, No Contact with S.S., Warrants – Resolve Pending Municipal Warrants

Type of Supervision: Supervised Release Date Supervision Commenced: 05/11/2026

### STATUS UPDATE

On May 11, 2026, Nasir Brown appeared before the Court for sentencing in relation to Count Two of the Amended Petition for Summons or Warrant for Individual Under Supervision. Brown was sentenced to time served and the Court imposed a two-year term of supervised release.

Directly upon leaving the federal courthouse, Mr. Brown was instructed to report to a men's shelter in Atlantic City, New Jersey. The shelter staff were non-responsive to attempts to confirm Mr. Brown arrived at the shelter. On May 28, 2026, the probation officer met Mr. Brown at the shelter. Staff at the shelter confirmed that Mr. Brown was listed as a resident.

On July 6, 2026, the probation officer conducted an unannounced visit to the men's shelter. Staff confirmed that Mr. Brown had neither spent one night nor received one meal in the shelter. After making contact with Mr. Brown, he reported that his family members did not want him to stay at the shelter, so he was living with S.S. at an apartment in Somers Point. Mr. Brown was instructed to report to the Probation Office on July 13, 2026.

U.S. Probation Officer Action:

On July 13, 2026, the probation officer contacted S.S. as Mr. Brown requested to live with her at the Somers Point address, and the Court imposed the no contact condition at the time of sentencing for the violation of supervised release. S.S. confirmed she is not fearful of Mr. Brown, she is comfortable with Mr. Brown living with her, and she is aware of the supervision requirements placed on Mr. Brown, including unannounced home visits. S.S. further confirmed that Mr. Brown has been doing well since he was released from custody and remains motivated to move forward with his life.

The probation officer informed Mr. Brown and S.S. that his conditions of supervised release contained a provision prohibiting Mr. Brown from contacting S.S. The probation officer advised Mr. Brown and S.S. that this prohibition continues to apply despite the fact that the temporary restraining order was dismissed. Based on the request to live together, the Probation Office advised Mr. Brown that the address would be temporarily approved pending a home inspection and until such time as the Court was notified and approved of the living arrangement.

On August 11, 2026, the probation officer conducted a home inspection at the address of record in Somers Point, New Jersey. The residence is modestly furnished and there was no indication that Mr. Brown or S.S. were living beyond their financial means. The requested living arrangement allows Mr. Brown to live with his significant other, care for and be involved with his children, and otherwise appears appropriate.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: RICHARD E. ANTONISON
U.S. Probation Officer

/ rea

APPROVED:

ANTHONY M. STEVENS Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [X] Suspend the No Contact special condition and permit the Individual Under Supervision to reside with S.S. at the address of record (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

*/s/ Edward S. Kiel*
Signature of Judicial Officer , U.S.D.J.

August 13, 2026
Date